NOT FOR PUBLICATION

FILED

AUG 04 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LANCE R. MARTIN, | No. 15-56152 |
| Plaintiff - Appellant, | D.C. No. 3:14-cv-02914-BEN-PCL |
| v. | |
| T. HARRINSTON, Correctional Officer at RJD-San Diego; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Southern District of California
Roger T. Benitez, District Judge, Presiding

Submitted July 26, 2016[**]

Before:     SCHROEDER, CANBY, and CALLAHAN, Circuit Judges.

Former California state prisoner Lance R. Martin appeals pro se from the

district court's judgment dismissing his 42 U.S.C. § 1983 action alleging various

claims arising from defendants' interference with his outgoing mail.  We have

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

jurisdiction under 28 U.S.C. § 1291.  We dismiss the appeal as moot.

In his operative second amended complaint, Martin sought only declaratory and injunctive relief regarding his mail.  On May 5, 2016, this court received a letter from Martin indicating that he had been released from prison.  Because Martin is no longer incarcerated, this appeal is moot.  *See Alvarez v. Hill*, 667 F.3d 1061, 1064 (9th Cir. 2012) (an inmate's release from prison generally will moot any pending claims for declaratory or injunctive relief because the inmate is no longer subject to the challenged prison conditions or policies).

In light of our disposition, we do not consider Martin's contentions regarding the merits of his claims.

**DISMISSED.**

15-56152